UNITED STATES DISTRICT COURT
WESTERN DISRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

26-MC-20

THE SUM OF APPROXIMATELY $51,000.00
UNITED STATES CURRENCY, and

THE SUM OF APPROXIMATELY $29,601.04
UNITED STATES CURRENCY,

Defendants *in rem.*

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION**

IT IS HEREBY STIPULATED and agreed upon between and among the United States of America by its attorney, Michael DiGiacomo, United States Attorney for the Western District of New York, Melanie J. Bailey, Assistant United States Attorney, of counsel, and Anthony Lana, Esq., attorney for Oak Porcelli, putative claimant, that pursuant to Title 18, United States Code, Section 983(a)(3)(A), the government's time to file a Verified Complaint for Forfeiture against the sum of approximately $51,000.00 United States Currency and the sum of approximately $29,601.04 United States Currency (hereinafter "the subject funds") is extended for ninety (90) days from November 27, 2026 to February 25, 2027.

The parties to this Stipulation further agree that the putative claimant may revoke his consent in writing to extend the time for the government to file its Verified Complaint for Forfeiture against the subject funds, and in that event, the government shall then have ten (10) days from the date the government received notice of such action to file its Verified Complaint for Forfeiture.

Dated: November 11, 2026 Dated: November 11th, 2026

MICHAEL DIGIACOMO
United States Attorney
Western District of New York

By: Melanie Bailey
Melanie J. Bailey
Assistant United States Attorney
138 Delaware Ave
Buffalo, New York 14202
(716) 843-5863
Melanie.Bailey@usdoj.gov

By: [signature]
Anthony J. Lana, Esq.
484 Delaware Avenue
Buffalo, New York 14202
(716) 510-3527
ajlforthedefense@cs.com
Attorney for Putative Claimant Oak Porcelli